RECEIVED
MAR 29 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:18-cr-00083-01 |
| | * | |
| V. | * | 29 U.S.C. § 501(c) |
| | * | |
| | * | JUDGE ~~JAMES~~ Doughty |
| TYLER FARRAR | * | MAGISTRATE JUDGE HAYES |

## INDICTMENT

THE GRAND JURY CHARGES:

**COUNT ONE**
**EMBEZZLEMENT**
29 U.S.C. § 501(c)

Between on or about October 1, 2014 and on or about October 30, 2015 in the Western District of Louisiana, the defendant TYLER FARRAR, while an officer, that is, Secretary, of the International Chemical Workers Union Council/United Food and Commercial Workers Local 88C, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $8,980.67.

All in violation of Title 29, United States Code, Section 501(c). [29 U.S.C. § 501(c)].

A TRUE BILL

Grand Jury Foreperson
***REDACTED***

STEPHANIE A. FINLEY
United States Attorney

_____
EARL M. CAMPBELL
Assistant United States Attorney